# UNITED STATES of America, Plaintiff–Appellee

v.

# Paul LEWIS, Defendant–Appellant.

## No. 08–30549.

## Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 15, 2009.

Harry W. McSherry, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Paul Lewis has moved to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lewis has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. According-

---

ly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TII CIR. R. 47.5.4.